[No. 9304–9–II.   Division Two.   July 14, 1987.]

ELBERT C. FISH, *Appellant,* v. KING COUNTY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82–2–05851–9, Waldo F. Stone, J., entered October 4, 1985. *Affirmed* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Kruse and Strophy, JJ. Pro Tem.

[No. 9459–2–II.   Division Two.   July 14, 1987.]

MAGDALENA E. HOLMES, ET AL, *Appellants,* v. UNIVERSITY PLACE SCHOOL DISTRICT No. 83, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84–2–03499–3, William L. Brown, Jr., J., entered January 7, 1986. *Affirmed* by unpublished opinion per Williams, J. Pro Tem., concurred in by Dolliver and Gavin, JJ. Pro Tem.

[No. 9532–7–II.   Division Two.   July 14, 1987.]

DAWN D. SLEEPER, ET AL, *Appellants,* v. PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–2–06642–7, D. Gary Steiner, J., entered January 3, 1986. *Affirmed* by unpublished opinion per Williams, J. Pro Tem., concurred in by Dolliver and Gavin, JJ. Pro Tem.